UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------
SALVATORE CUSUMANO,

          Plaintiff,

    -against-                        **ORDER**
                                          16-cv-04376 (JMA) (ARL)

THOMAS C. KRUMPTER,
*Acting Commissioner of Police, Nassau County,*
*New York, et. al.*,

          Defendants.
------------------------------------------------------------X

**AZRACK, United States District Judge:**

    Currently pending before the Court are motions for summary judgment. (ECF Nos. 18, 19.) Motions for summary judgment are also pending in Weinstein v. Krumpter, 14-CV-7210 (ADS) (AKT), and Carroll v. Krumpter, 15-CV-1550 (ADS) (ARL), both of which involve similar issues to the instant case. The Court is hereby staying this action until the resolution of the summary judgment motions in Weinstein and Carroll. Once those motions have been resolved, the stay will be lifted and the motions pending in the instant case will be reinstated.

**SO ORDERED.**

Date:  March 31, 2019
        Central Islip, New York

                                                        /s/ (JMA)
                                                   Joan M. Azrack
                                                   United States District Judge