| BRUCE A. BLAKEMAN | | THOMAS A. ADAMS |
| :--- | :---: | ---: |
| County Executive | | County Attorney |



**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
Phone (516) 571-3056  Fax  (516) 571-3058

March 8, 2022

<u>Via ECF</u>
Hon. Joan M. Azrack
United States District Court
100 Federal Plaza
Central Islip, New York 11722

   Re: <u>Cusumano v. Krumpter, et al. (16-CV-04376 (JMA)(ARL))</u>

Your Honor:

  This office represents defendants in the above-referenced action. The Court has scheduled a status conference for Thursday, March 10, 2022 at 11:00 a.m.  I am writing to advise the Court that the parties have entered into a settlement agreement to settle this case. The County is awaiting processing of the settlement check by the Nassau County Comptroller.  Defendants therefore respectfully request that the status conference be adjourned *sine die*.

  As always, defendants thank Your Honor for your attention in this matter.

                 Respectfully submitted,

                 <u>/s/ Ralph J. Reissman</u>
                 RALPH J. REISSMAN
                 Deputy County Attorney

cc: Robert T. Bean, Esq.
  Attorney for Plaintiff (via ECF)