# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
SALVATORE CUSAMANO,

        Plaintiff,

-against-

THOMAS C. KRUMPTER, Acting Police
Commissioner, Nassau County, New York,
PAUL CAPPY, Police Officer and
Investigator, Nassau County Police
Department, Pistol License Section, and
THE COUNTY OF NASSAU,

        Defendants.
-------------------------------------------------X

16-CV-04376 (JMA)(ARL)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

LAW OFFICES OF ROBERT T. BEAN

By _/s/ Robert T. Bean_
    ROBERT T. BEAN, ESQ.
    3033 Brighton 3rd Street
    Brooklyn, New York 11235
    (718) 616-1414
    *Attorneys for Plaintiff*

**THOMAS A. ADAMS**
Nassau County Attorney

By _/s/_
    RALPH J. REISSMAN, Deputy County Attorney
    One West Street
    Mineola, New York 11501
    516-571-3046
    *Attorney for County Defendants*

**SO ORDERED:** _____
        JOAN M. AZRACK, U.S.D.J.

9